428 A.2d 271

Commonwealth v. Grimes, Appellant.

 Submitted March 19, 1980. Ronald A. White, for appellant; Cynthia Severinson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.